FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 15 2010 ★
BROOKLYN OFFICE

ORIGINAL
D / F
C/M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TRUSTEES OF THE LOCAL 813 I.B.T.
INSURANCE TRUST FUND, THE LOCAL 813
I.B.T. PENSION TRUST FUND AND LOCAL
813 AND LOCAL 1034 SEVERANCE TRUST
FUND,

**MEMORANDUM AND ORDER**
Case No. 09-CV-4435 (FB) (RER)

          Plaintiff,

-against-

SPRINT RECYCLING, INC.,

          Defendant.
------------------------------------------------------------x

*Appearances:*
*For the Plaintiff:*
JULIE COHEN LONSTEIN, ESQ.
Lonstein Law Office, P.C.
1 Terrace Hill, Box 351
Ellenville, New York 12428

**BLOCK, Senior District Judge:**

        On August 6, 2010, Magistrate Judge Reyes issued a Report and Recommendation ("R&R") recommending that the Court award default judgment against defendant in the total amount of $200,133.61, consisting of $181,323.67 in delinquent contributions and liquidated damages, $1,650.00 in reasonable attorneys' fees, and $350.00 in costs. *See* R&R at 9. The R&R also stated that defendant's failure to object within fourteen days of receiving the R&R would preclude appellate review. *See id.* Plaintiff's attorney mailed a copy of the R&R to defendant on August 19, 2010; no objections have been filed.

1

If clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without *de novo* review. *See Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will excuse the failure to object and conduct *de novo* review if it appears that the magistrate judge may have committed plain error, *see Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000); no such error appears here. Accordingly, the Court adopts the R&R without *de novo* review and directs the Clerk to enter judgment in accordance with the R&R.

**SO ORDERED.**

s/Frederic Block
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, NY
September 8, 2010